**STATE of Missouri, Respondent,**

v.

**Robert L. CALIA, Appellant.**

**No. WD 40438.**

Missouri Court of Appeals,
Western District.

Dec. 13, 1988.

Motion for Rehearing and/or
Transfer to Supreme Court Denied
Jan. 31, 1989.

Application to Transfer Denied
March 14, 1989.

J.D. Williamson, Jr., Independence, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before FENNER, P.J., and
MANFORD and GAITAN, JJ.

ORDER

PER CURIAM:

Direct appeal from a jury conviction for burglary, first degree, in violation of § 569.160, RSMo 1986; assault, second degree, in violation of § 565.060, RSMo 1986; kidnapping, in violation of § 565.110, RSMo 1986; and armed criminal action, in violation of § 571.015, RSMo 1986.

JUDGMENT AFFIRMED. Rule 30.-25(b).